IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | C/A No. 3:14-CV-01794-JFA |
| vs. | |
| $116,850 in United States Currency, | **ORDER** |
| Defendant *in Rem*. | |

This matter is before the Court pursuant to Claimant Bryon Hung Tran's motion to enforce the orders of this Court, for issuance of a rule to show cause, for other relief, and for an emergency hearing. (ECF No. 132).

The Court hereby notices a hearing on this motion for Thursday, March 3, 2016 at 2:00pm. Further, any response briefing from the Government should be filed not later than Wednesday, March 2, 2016, by 2:00pm.

**IT IS SO ORDERED.**

February 25, 2016                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge