IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | C/A No. 3:14-CV-01794-JFA |
| vs. | |
| $116,850 in United States Currency, | **ORDER** |
| Defendant *in Rem*. | |

This matter is before the Court pursuant to Claimant Bryon Hung Tran's motion to enforce the orders of this Court, for issuance of a rule to show cause, for other relief, and for an emergency hearing. (ECF No. 132). The Court has been informed that the Government would like the opportunity respond to the Claimant's Reply in support of his motion to enforce. (ECF No. 139). Accordingly, the hearing on this matter scheduled for today, Monday, March 21, 2016, is canceled.

The Court hereby notices a hearing on this motion for Monday, April 4, 2016 at 2:30pm. Further, the Government has ten days from the date of this order to submit any response.

**IT IS SO ORDERED.**

March 21, 2016                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge