IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | C/A No. 3:14-CV-01794-JFA |
| vs. | |
| $116,850 in United States Currency, | **ORDER** |
| Defendant *in Rem*. | |

This matter is before the Court pursuant to Claimant's Supplemental Motion for Attorney's Fees, Costs, and Interest Pursuant to 28 USC § 2465(b)(1) (ECF No. 147) and the Government's Motion to Stay Proceedings to Enforce Judgment (ECF No. 152). The motions have been fully briefed, and this matter is ripe for review.

First, Government asks this Court to stay its order dated April 25, 2016, pending appeal to the Fourth Circuit. *See* ECF No. 149 and 157. On June 24, 2016, the Government filed its Notice of Appeal. ECF No. 158. Because of the novelty of the issue in this Circuit and the split of authority among the courts of other circuits, the Court finds a stay in proceedings to be appropriate. Accordingly, the Court **GRANTS** the Government's motion and **ORDERS** a stay in the proceedings appending appeal to the Fourth Circuit.

Secondly, Claimant seeks statutory attorney's fees for the period of September 15, 2015 to April 13, 2016. The Court respectfully **DENIES** Claimant's motion without prejudice and specifically gives Claimant leave to refile pending disposition on appeal.

**IT IS SO ORDERED.**

June 27, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge